IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR184 |
| | ) | |
| v. | ) | |
| | ) | |
| CESSAR JIMENEZ AGUILA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

At the request of the parties,

IT IS ORDERED that any transcript of the sentencing proceedings in this matter shall remain sealed.

DATED this 25th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court