FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 AUG 11 PM 1: 02

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR184 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CESSAR JIMENEZ AGUILA, | ) | |
| a/k/a "Pumpkin Head," | ) | |
| GREGG STEVENSON, | ) | |
| a/k/a "G-Money," and | ) | |
| STEVE EUGENE ENCINAS, | ) | |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 11th day of August, 2008, this matter comes on before the Court upon the United States' Motion to Vacate (Filing No. 154). The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion to Vacate (Filing No. 154) is hereby sustained.

2. That portion of the Preliminary Order of Forfeiture (Filing No. 91) directing the United States Marshals Service to seize the real property commonly known as 1 Oak Ridge Court, Pomona, New York, is hereby vacated. All remaining provisions of the Preliminary Order of Forfeiture remain in full force and effect.

3. The portion of the Final Order of Forfeiture (Filing No. 151) forfeiting the real property commonly known as 1 Oak Ridge Court, Pomona, New York, to the United States, foreclosing all others' interest in said real property, and directing the United States Marshals Service to dispose of said real property, is hereby vacated. All remaining provisions of the Final Order of Forfeiture remain in full force and effect.

BY THE COURT:

_____
LYLE E. STROM, Senior Judge
United States District Court