IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR184 |
| | ) | |
| v. | ) | |
| | ) | |
| CESSAR JIMINEZ AGUILA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

          On August 28, 2008, the defendant appeared through counsel on a motion for reduction of sentence (Filing No. 152), filed by the plaintiff, pursuant to Rule 35 of the Federal Rules of Criminal Procedure. After considering the comments of the parties and after evaluating the assistance provided by the defendant, the Court finds that the government's motion for reduction of sentence should be granted. Accordingly,

    IT IS ORDERED:

    1) The government's motion for reduction of sentence is granted.

    2) Defendant shall be committed to the custody of the Bureau of Prisons for a term of eighteen (18) months. Defendant is to be given credit for time previously served under the previous Judgment and Committal Order dated March 21, 2008, which was signed and filed on March 25, 2008 (Filing No. 147).

    3) All other terms and conditions of the Judgment and Committal Order dated March 21, 2008, which was signed and filed on March 25, 2008 (Filing No.147), remain in full force and effect.

4)  The Bureau of Prisons is hereby directed to remove defendant to a facility for service of his sentence that does not house inmates previously identified on a separatee list furnished to the U.S. Marshals Service for the Bureau of Prisons.

DATED this 29th  day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 2008.

_____Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____,

2008 to _____, with a certified copy of this judgment.

_____   UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the Defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.

_____   UNITED STATES WARDEN

By: _____